The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA H. MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENTIVA HEALTH SERVICES (USA), LLC, a Delaware company,<br><br>Defendant. | No. 2:19-CV-00638-BJR<br><br>**STIPULATION AND REQUEST FOR ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

STIPULATED and AGREED this 29th day of May 2019.

/s/ George O. Tamblyn
George O. Tamblyn, WSBA #15429
MERCER ISLAND LAW GROUP, PLLC
2448 76th Ave SE, Suite 100
Mercer Island, WA 98040
(206) 236-2769
gtamblyn@mercerlg.com

Attorneys for Plaintiff

/s/ Ryan P. Hammond
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
Birgitte M. Gingold, WSBA #50630
bgingold@littler.com
**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: (206) 623-3300

Attorneys for Defendant

STIPULATION AND REQUEST FOR ORDER FOR DISMISSAL
WITH PREJUDICE - 1
2:19-cv-00638-BJR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: _June 4_, 2019.

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

*Presented by:*

s/ Ryan P. Hammond
Ryan P. Hammond (WSBA No. 38888)
rhammond@littler.com
Birgitte M. Gingold (WSBA No. 50630)
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,
Notice of Presentation Waived:*

s/ George O. Tamblyn
George O. Tamblyn (WSBA No. 15429)
gtamblyn@mercerlg.com
MERCER ISLAND LAW GROUP, PLLC

Attorneys for Plaintiff

STIPULATION AND REQUEST FOR ORDER FOR DISMISSAL
WITH PREJUDICE - 2
2:19-cv-00638-BJR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300